No. 86–6594. CALLAHAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–6596. BENEDICT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 86–6597. AL-KARIM *v.* STRAWHORN ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–6602. JONES *v.* WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–6608. BIRD *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 86–6610. WILKINS *v.* LYLES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 86–6611. DAVENPORT *v.* NEWSOME, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 86–6613. HENNESSEY *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–6615. LONBERGER *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 86–6617. RORRER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 86–6620. PEARSON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 86–6621. GIVENS *v.* MISSOURI COMMISSION ON HUMAN RIGHTS. C. A. 8th Cir. Certiorari denied.

No. 86–6623. GAMBRELL *v.* AMERADA HESS CORP. C. A. 3d Cir. Certiorari denied.

No. 86–6624. HARRISON *v.* HATFIELD ET AL. C. A. 8th Cir. Certiorari denied.